**Guy MOON, Appellant,**

v.

**CHICOT COUNTY ARKANSAS LEGAL ASSOCIATES, An informal enterprise affecting interstate commerce; Thomas D. Deen; David F. Gillison, Jr.; Fred W. Hensley; Gill R. Holloway; Charles F. Poole; Stephen Tisdale; Robert C. Vittitow, Individual predicate actors who either committed or aided and abetted violations of law including fraud, extortion, and mail fraud, Appellees.**

No. 05–2294.

United States Court of Appeals, Eighth Circuit.

Submitted March 7, 2006.

Decided March 20, 2006.

Guy Moon, Eudora, AR, pro se.

C. Joseph Cordi, Jr., Attorney General's Office, Justin T. Allen, Wright & Lindsey, Little Rock, AR, for Appellees.

---

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

PER CURIAM.

Guy Moon appeals the district court's[1] order dismissing his civil complaint, wherein he asserted claims of fraud and racketeering against defendants for their alleged role in thwarting Moon's challenge to the sale of certain real property in Chicot County, Arkansas. Following careful review, we agree with the district court that Moon's claims are barred by the *Rooker–Feldman*[2] doctrine. *See Exxon Mobil Corp. v. Saudi Basic Indus. Corp.,* 544 U.S. 289, 125 S.Ct. 1517, 1521–22, 161 L.Ed.2d 454 (2005). We also find no abuse of discretion in the denial of Moon's recusal motion, and no error in the district court's consideration of matters outside the pleadings. *See Trammel v. Simmons First Bank of Searcy,* 345 F.3d 611, 612–13 (8th Cir.2003); *Harris v. P.A.M. Transport, Inc.,* 339 F.3d 635, 637–38 & n. 4 (8th Cir.2003).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

2. *See Rooker v. Fid. Trust Co.,* 263 U.S. 413, 44 S.Ct. 149, 68 L.Ed. 362 (1923); *D.C. Court of Appeals v. Feldman,* 460 U.S. 462, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983).